**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
DISTRICT OF COLORADO

Case number *(if known)* _____    Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Nitro Holdings, LLC** |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **84-4342645** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business**  **2580 E. Harmony Road Suite 301**  **Fort Collins, CO 80528**  Number, Street, City, State & ZIP Code  **Larimer**  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ | |

Debtor **Nitro Holdings, LLC**  Case number (*if known*)
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__2382__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

Debtor  **Nitro Holdings, LLC**
      Name

Case number (*if known*) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| | |
|---|---|
| Debtor | **Nitrocrete, LLC** |
| District | **Colorado** |
| When | **11/18/21** |
| Relationship | **Subsidary** |
| Case number, if known | **21-15739-KHT** |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
     Contact name _____
     Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor  **Nitro Holdings, LLC**  Case number (*if known*) _____
        Name

| | | |
|---|---|---|
| **16. Estimated liabilities** | ☐ $0 - $50,000<br>☐  $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>■ $10,000,001 - $50  million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

Debtor **Nitro Holdings, LLC**
Name

Case number (*if known*)

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **November 18, 2021**
MM / DD / YYYY

X **/s/ Stephen De Bever**          **Stephen De Bever**
Signature of authorized representative of debtor          Printed name

Title  **CEO**

**18. Signature of attorney**

X **/s/ Matthew T. Faga**          Date **November 18, 2021**
Signature of attorney for debtor          MM / DD / YYYY

**Matthew T. Faga**
Printed name

**Markus Williams Young & Hunsicker LLC**
Firm name

**1775 Sherman Street, Suite 1950**
**Denver, CO 80203**
Number, Street, City, State & ZIP Code

Contact phone  **303 830-0800**          Email address  **MFaga@markuswilliams.com**

**41132 CO**
Bar number and State

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 5

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Nitro Holdings, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Daniel Schauer S86 W27550 Lakeview Lane Mukwonago, WI 53149 | | | | $51,498.00 | $0.00 | $51,498.00 |
| Drew R. Nelson Trust No. 2 Justin Gerber, Trustee 3641 Laduke Street Bozeman, MT 59718 | jgerber2002@gmail.com | | | $2,426,507.00 | $0.00 | $2,426,507.00 |
| Drew R. Nelson Trust No. 2 Justin Gerber, Trustee 3641 Laduke Street Bozeman, MT 59718 | jgerber2002@gmail.com | | | $154,986.00 | $0.00 | $154,986.00 |
| Kathleen M. Johnston 7900 Eagle Ranch Road Fort Collins, CO 80528 | kwalton@nitrocrete.com | | | $53,922.00 | $0.00 | $53,922.00 |
| Mark E. Nelson Trust No. 2 Justin Gerber, Trustee 3641 Laduke Street Bozeman, MT 59718 | dnelson@nitrocrete.com | | | $1,348,059.00 | $0.00 | $1,348,059.00 |
| Michael R. Schauer 1554 Quail Hollow Drive Fort Collins, CO 80525 | mschauer@nitrocrete.com | | | $26,961.00 | $0.00 | $26,961.00 |

Official form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims     page 1

Debtor **Nitro Holdings, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Michael R. Schauer 2<br>1554 Quail Hollow Drive<br>Fort Collins, CO 80525 | mschauer@nitrocrete.com | | | $26,947.00 | $0.00 | $26,947.00 |
| NDTCO as custodian FBO Thomas Schauer IR<br>1039 Nightingale Drive, Unit 6<br>Fort Collins, CO 80525 | schauer.tj@gmail.com | | | $107,242.00 | $0.00 | $107,242.00 |
| Ogletree Deakins<br>P.O. Box 89<br>Columbia, SC 29202 | | | | | | $1,224.00 |
| Rita Burns<br>2545 N. Murray Avenue<br>Milwaukee, WI 53211 | | | | | | $51,498.00 |
| RMS US LLP<br>5155 Paysphere Circle<br>Chicago, IL 60674 | | | | | | $1,260.00 |
| Sandy Gabriel Carrero<br>10788 Lemon Lake Blvd.<br>Orlando, FL 32836 | | | | | | $80,966.00 |
| Tad M. Johnson<br>S74W12936 Courtland Lane<br>Muskego, WI 53150 | | | | | | $431,708.00 |
| Thomas Schauer<br>1070 W. Century Drive<br>Louisville, CO 80027 | schauer.tj@gmail.com | | | $53,922.00 | $0.00 | $53,922.00 |
| Thomas Schauer<br>1070 W. Century Drive<br>Louisville, CO 80027 | schauer.tj@gmail.com | | | $53,607.00 | $0.00 | $53,607.00 |
| Thomas Schauer<br>1070 W. Century Drive<br>Louisville, CO 80027 | schauer.tj@gmail.com | | | $51,676.00 | $0.00 | $51,676.00 |
| TN Family LLC<br>Mark Nelson, Manager<br>6325 Ridgewood Dr.<br>Fort Collins, CO 80524 | mnelson@nitrocrete.com | | | $539,224.00 | $0.00 | $539,224.00 |

Official form 204  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims  page 2

# United States Bankruptcy Court
## District of Colorado

In re **Nitro Holdings, LLC**  
Debtor(s)

Case No.  
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **MC Nitro, LLC**<br>5251 DTC Parkway, Suite 995<br>Greenwood Village, CO 80111 | Class A | 7000 | Units |
| **Nitro Founders II, LLC**<br>2580 E. Harmony Road Suite 301<br>Fort Collins, CO 80528 | Class B | 3000 | Units |
| **Nitro Management Holdings, LLC**<br>2580 E. Harmony Road Suite 301<br>Fort Collins, CO 80528 | Class P | 11704.91 | Units |
| **Stephen De Bever**<br>4448 Grand Park Dr.<br>Timnath, CO 80547 | Class A-1 | 166.67 | Units |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **November 18, 2021**

Signature **/s/ Stephen De Bever**  
**Stephen De Bever**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Colorado

In re **Nitro Holdings, LLC**  
Debtor(s)

Case No.  
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **November 18, 2021**

**/s/ Stephen De Bever**  
**Stephen De Bever**/**CEO**  
Signer/Title