# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| NITROCRETE, LLC | ) | Case No. 21-15739-KHT |
| EIN: 84-4321060 | ) | |
| | ) | Chapter 11 |
|     Debtor-in-Possession. | ) | |
| | ) | |
| In re | ) | |
| | ) | |
| NITRO HOLDINGS, LLC | ) | Case No. 21-15740 |
| EIN: 84-4342645 | ) | |
| | ) | Chapter 11 |
|     Debtor-in-Possession. | ) | |
| | ) | |
| In re | ) | |
| | ) | |
| NITROCRETE IP, LLC | ) | Case No. 21-15741 |
| EIN: 84-4364002 | ) | |
| | ) | Chapter 11 |
|     Debtor-in-Possession. | ) | |
| | ) | |
| In re | ) | |
| | ) | |
| NITROCRETE EQUIPMENT, LLC | ) | Case No. 21-15742 |
| EIN: 84-4360818 | ) | |
| | ) | Chapter 11 |
|     Debtor-in-Possession. | ) | |
| | ) | |
| In re | ) | |
| | ) | |
| NITROCRETE HOLDINGS, LLC | ) | Case No. 21-15743 |
| EIN: 85-3946334 | ) | |
| | ) | Chapter 11 |
|     Debtor-in-Possession | ) | |
| | ) | |

**MOTION FOR ORDER DIRECTING JOINT ADMINISTRATION
OF RELATED CHAPTER 11 CASES FOR PROCEDURAL PURPOSES ONLY
AND ENTRY OF RELATED RELIEF**

NITROcrete, LLC, the above-captioned debtor and debtor in possession (the "**Debtor**"), by and through its undersigned proposed counsel, hereby moves the Court for entry of an order, pursuant to 11 U.S.C. § 105(a), Fed. R. Bankr. P. 1015(b) and Local Bankruptcy Rule 1015-1

{Z0371582/1}　　　　　　　　　　　　1

authorizing and directing the joint administration of the Nitro Debtors' related chapter 11 cases for procedural purposes only. In support of this motion, the Nitro Debtors state as follows:[1]

## JURISDICTION

1. The United States Bankruptcy Court for the District of Colorado (the "**Court**") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The statutory predicates for relief requested herein are § 105(a), Fed. R. Bankr. P. 1015(b) and Local Bankruptcy Rule 1015-1.

## BACKGROUND

3. On November 18, 2021 (the "**Petition Date**"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Colorado. On the Petition Date, voluntary chapter 11 petitions were also filed in this Court by Nitro Holdings, LLC, the parent of the Debtor, and NITROcrete IP, LLC, NITROcrete Equipment, LLC, and NITROcrete Holdings, LLC, each an affiliate of the Debtor (collectively with the Debtor, the "**Nitro Debtors**").

4. Nitro Holdings, LLC is a holding company with four wholly owned subsidiaries, NITROcrete LLC, NITROcrete IP, LLC, NITROcrete Equipment, LLC, and NITROcrete Holdings, LLC. NITROcrete Holdings, LLC is a holding company with two non-debtor, wholly owned subsidiaries, NITROcrete Brazil and NITROcrete Mexico. The Nitro Debtors operate through NITROcrete, LLC.

5. The Nitro Debtors continue to operate their businesses as debtors-in-possession pursuant to §§ 1107(a) and 1108. No creditors' committee has been appointed in this case by the Office of the United States Trustee, nor has any trustee or examiner been requested or appointed.

6. A description of the Debtor's business, the reasons for filing this chapter 11 case and the relief sought from this Court to allow for a smooth transition into operations under chapter 11 is set more fully described in the Declaration of Kathleen M. Walton in Support of First Day Relief (the "**First Day Declaration**"), which the Debtor hereby adopts and incorporates as if fully set forth herein.

## RELIEF REQUESTED

7. By this Motion, the Debtor seeks entry of an order directing the joint administration of the Nitro Debtors' chapter 11 cases and consolidation thereof for procedural purposes only and authorization for the Nitro Debtors to maintain a combined, comprehensive service list of creditors for all motions, pleadings, and other documents filed in the jointly

---

[1] Unless otherwise specified, all references herein to "Section," "§," "Bankruptcy Code" and "Code" refer to the U.S. Bankruptcy Code, 11 U.S.C. § 101, *et seq.*

{Z0371582/1} 2

administered case. The Debtor also requests that the caption of the Nitro Debtors' chapter 11 cases be modified to reflect their joint administration as captioned below:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re | ) | |
| | ) | Lead Bankruptcy Case No. 21-15739-KHT |
| NITROCRETE, LLC | ) | |
| EIN: 84-4321060 | ) | |
| | ) | Chapter 11 |
| Debtor-in-Possession. | ) | |
| | ) | |
| In re | ) | |
| | ) | Case No. 21-15740 |
| NITRO HOLDINGS, LLC | ) | |
| EIN: 84-4342645 | ) | Chapter 11 |
| | ) | |
| Debtor-in-Possession. | ) | |
| | ) | |
| In re | ) | |
| | ) | Case No. 21-15741 |
| NITROcrete IP, LLC | ) | |
| EIN: 84-4364002 | ) | Chapter 11 |
| | ) | |
| Debtor-in-Possession. | ) | |
| | ) | |
| In re | ) | |
| | ) | Case No. 21-15742 |
| NITROcrete EQUIPMENT, LLC | ) | |
| EIN: 84-4360818 | ) | Chapter 11 |
| | ) | |
| Debtor-in-Possession. | ) | |
| | ) | |
| In re | ) | |
| | ) | Case No. 21-15743 |
| NITROcrete HOLDINGS, LLC | ) | |
| EIN: 85-3946334 | ) | Chapter 11 |
| | ) | |
| Debtor-in-Possession | ) | **(Jointly Administered under** |
| | ) | **Case No. 21-15739 KHT)** |

8. Further, the Debtor requests an entry be made on the docket of each of the Nitro Debtors' cases, other than NITROcrete, LLC, substantially as follows:

> An Order has been entered in this case under Rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing the procedural consolidation and joint administration of the chapter 11 cases of NITROcrete, LLC and its affiliated entities. All further pleadings and other papers shall be filed in, and all further docket entries shall be made in, the

docket of NITROcrete, LLC, Case No. 21-15739-KHT and such docket should be consulted for all matters affecting this chapter 11 case.

## BASIS FOR RELIEF

9. Fed. R. Bankr. P. 1015(b) provides, in relevant part: "[i]f a joint petition or two or more petitions are pending in the same court by or against (1) spouses, or (2) a partnership and one or more of its general partners, or (3) two or more general partners, or (4) a debtor and an affiliate, the court may order a joint administration of the estates." Fed. R. Bankr. P. 1015(b). Joint administration for procedural purposes is also contemplated by L.B.R. 1015-1.

10. Joint administration is appropriate in these chapter 11 cases because the Nitro Debtors are "affiliates" as defined in § 101(2). Nitro Holdings, LLC is a holding company with four wholly owned subsidiaries, NITROcrete LLC, NITROcrete IP, LLC, NITROcrete Equipment, LLC, and NITROcrete Holdings, LLC. NITROcrete Holdings, LLC is a holding company with two non-debtor, wholly owned subsidiaries, NITROcrete Brazil and NITROcrete Mexico. The Nitro Debtors operate through NITROcrete, LLC.

11. Fed. R. Bankr. P. 1015(b) promotes the fair and efficient administration of multiple cases of affiliated debtors while protecting the rights of individual creditors. Directing joint administration of the Nitro Debtors' chapter 11 cases obviates the need for duplicative notices, motions, applications, and orders, thereby saving considerable time and expense for the Nitro Debtors and their estates. Granting the requested relief will promote the fair and efficient administration of these chapter 11 cases and will ease administrative burden on the court and other parties in interest.

12. Additionally, the Nitro Debtors anticipate that most of the notices, applications, motions, other pleadings, hearings, and orders in these chapter 11 cases will affect all of the Nitro Debtors. Joint administration would avoid waste and overburdening the Court's docket by avoiding numerous duplicative pleadings being served upon separate, but significantly overlapping, service lists. Joint administration will therefore ease the administrative burden on the Court and all parties in interest, and will reduce fees and costs by avoiding the filing of duplicative documents and notices in each of the Nitro Debtors' separate cases.

13. Joint administration permits the usage of a single general docket for all the Nitro Debtors' cases and combined notices to creditors of each Nitro Debtors' estates and other parties in interest, and also protects creditors' rights by ensuring that parties in interest in each chapter 11 case will be apprised of the various matters before the Court in each of the other related cases.

14. Joint administration of these chapter 11 cases will not adversely affect the Nitro Debtors' respective creditors because this Motion requests only administrative, and not substantive, consolidation of the Nitro Debtors' estates. Thus, individual creditors' rights will not be harmed by the relief requested; rather, creditors and parties in interest will benefit from the cost reductions from joint administration of the chapter 11 cases. It also relieves the Court of the burden of entering duplicative orders and maintaining duplicative files and will simplify the supervision and administrative duties of the United States Trustee for the District of Colorado relating to the Nitro Debtors' chapter 11 cases.

15. Pursuant to L.B.R. 1015-1(b), the Debtor also requests the Court permit the Nitro Debtors maintain a combined, comprehensive service list of creditors for all motions, pleadings, and other documents filed in the jointly administered case use of a combined service list and correspondingly combined notices.

16. Accordingly, the Debtor respectfully submits joint administration of the above-captioned chapter 11 cases for procedural purposes is in the best interests of the Nitro Debtors, their estates, creditors, and parties in interest.

17. Pursuant to L.B.R. 1015-1(b), upon entry of an order granting joint administration of the Nitro Debtors' chapter 11 cases, the Nitro Debtors will provide notice to all creditors and parties in interest that the administrative procedures of L.B.R. 1015-1(b) apply.

WHEREFORE, the Debtor respectfully requests that this Court enter an order: (a) authorizing the joint administration of the Nitro Debtors' chapter 11 cases for procedural purposes only; (b) directing the Clerk of the Court to make a docket entry as set forth herein; and (c) permitting the Nitro Debtors maintain a combined, comprehensive service list of creditors for all motions, pleadings, and other documents filed in the jointly administered case use of a combined service list and correspondingly combined notices; (d) modifying the caption of the Nitro Debtors' chapter 11 cases to reflect their joint administration; and (e) granting such other and further relief as this Court deems necessary and appropriate.

Dated: November 18, 2021

Respectfully submitted,

MARKUS WILLIAMS YOUNG & HUNSICKER LLC

By: */s/ Matthew T. Faga*
James T. Markus, # 25065
Matthew T. Faga, # 41132
Zachary G. Sanderson, #52899
William G. Cross, #52952
1775 Sherman Street, Suite 1950
Denver, Colorado 80203-4505
Telephone (303) 830-0800
Facsimile (303) 830-0809
Email: jmarkus@markuswilliams.com
Email: mfaga@markuswilliams.com
Email: zsanderson@markuswilliams.com
Email: wcross@markuswilliams.com

*Proposed Counsel for the Debtor-In-Possession*

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 18, 2021, true and correct copies of the **MOTION FOR ORDER DIRECTING JOINT ADMINISTRATION OF RELATED CHAPTER 11 CASES FOR PROCEDURAL PURPOSES ONLY AND ENTRY OF RELATED RELIEF** and the proposed order were filed and served via CM/ECF pursuant to L.B.R. 9013-1 and 9036-1 as indicated below on the following:

Office of the U.S. Trustee
Byron G. Rogers Federal Building
1961 Stout St., Ste. 12-200
Denver, CO 80294

The undersigned further certifies that on November 18, 2021, I directed BMC Group, Inc., the Debtor's proposed noticing agent, to serve a copy of the **MOTION FOR ORDER DIRECTING JOINT ADMINISTRATION OF RELATED CHAPTER 11 CASES FOR PROCEDURAL PURPOSES ONLY AND ENTRY OF RELATED RELIEF** and proposed order by prepaid first-class mail in accordance with FED. R. BANKR. P. 2002 and 11 U.S.C. § 342(c) (if applicable) on the Office of the United States Trustee, all creditors and parties in interest, as well as all parties who have entered their appearance and either of the Nitro Debtors' cases, as set forth on the attached lists, which are a copies of the court's respective Mailing Matrices for the above captioned cases, obtained from PACER on November 18, 2021. BMC Group, Inc. will file a separate certificate of service and service list.

Dated: November 18, 2021                     */s/ Serina Schaefer*
                                             Markus Williams Young & Hunsicker LLC
                                             1775 Sherman Street, Suite 1950
                                             Denver, CO 80203
                                             Telephone: 303-830-0800